IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLEN SURAT,

   PLAINTIFF,

vs.

CASE NO.: 8:12-CV-01297-EAK-TGW

THE NIELSEN COMPANY (US), LLC,

   DEFENDANT.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a), Fed. R. Civ. P., the parties in the above-styled action stipulate to dismissal of claims which were brought or could have been brought in this action in their entirety with prejudice with each party to bear his or its own costs and attorney's fees in this action.

Dated this 22nd day of February, 2013.

| | |
|---|---|
| /s/ Cathy J. Beveridge | /s/ Gregory A. Owens |
| Cathy J. Beveridge, Esq. | Gregory A. Owens, Esq. |
| Florida Bar No. 0831018 | Florida Bar No. 0051366 |
| **Fowler White Boggs, P.A.** | Wolfgang M. Florin, Esq. |
| Attorney for Defendants | Florida Bar No: 907904 |
| 501 E. Kennedy Blvd., Suite 1700 | **Florin Roebig, P.A.** |
| Tampa, FL 33602 | Attorneys for the Plaintiff |
| Tel: 813-228-7411 | 777 Alderman Road |
| Fax: 813-229-8313 | Palm Harbor, FL 34683 |
| Email: cbeveridge@fowlerwhite.com | Tel: (727) 786-5000 |
| | Fax: (727) 772-9833 |
| | Email: wmf@florinroebig.com |
| | Email: greg@florinroebig.com |